IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LOUISE RHODES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00956-P-BP |
| § | |
| UNITED STATES OF AMERICA, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion Requesting Cancellation (ECF No. 6) is **GRANTED** and the case is **DISMISSED without prejudice.**

**SO ORDERED** on this **21st day** of **September, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE